IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

SHARON HOWARD                                                                PLAINTIFF

V.                                               4:06CV00751JMM

ALLTEL COMMUNICATIONS, INC.
C.J. DUVALL, the Vice President of Human
Resources, DONNA TEETER,
PHOEBE BOHANNON, SUE PYBAS,
TEKSYSTEMS, INC. and JOE SPROTT                          DEFENDANTS

## JUDGMENT

Pursuant to the Stipulation of Dismissal, Judgment is hereby entered dismissing the Plaintiff's Complaint with prejudice. Each party shall bear their own costs. The Clerk is directed to close the case.

IT IS SO ORDERED this 3rd day of October 2007.

*[signature]*
James M. Moody
United States District Judge